

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

## NOTICE OF INTENT TO DISMISS FOR WANT OF PROSECUTION

Appellate case name:      Steven Moody v. Spring Chrysler Dodge Jeep Ram Dealership Co., Auto Nation Corporation, John Doe No. 1 AKA "Big Al," John Doe No. 2, John Doe No. 3 and John Doe No. 4

Appellate case number:      01-14-00625-CV

Trial court:      133rd District Court of Harris County, Texas

Trial court case number:      2014-26991

On October 30, 2014, this Court issued an order directing the trial clerk to file a supplemental clerk's record containing both the trial court's order regarding the appellees Spring Chrysler Dodge Jeep Ram Dealership Co.'s and Auto Nation Corporation's motions for severance and any trial court order regarding the trial clerk's contest to appellant's Affidavit of Indigency. This Court sent its October 30th Order to the *pro se* inmate appellant at his last known address provided by him. However, on November 17, 2014, the Order was returned with the following notations typed on the envelope, "RETURN TO SENDER, ATTEMPTED — NOT KNOWN, UNABLE TO FORWARD," and the following handwritten notation, "RTS RLSD," indicating that the Order was returned to sender because appellant had been released from prison. To date, appellant has failed to provide the Clerk of this Court with any other mailing address.

Accordingly, the Court has directed me to notify the appellant that unless, **within 15 days of the date of this notice,** you respond in writing, providing the Clerk of this Court with a current address, your appeal may be dismissed for want of prosecution without further notice. *See* TEX. R. APP. P. 42.3(b), (c).

Clerk's signature: /s/ <u>Christopher A. Prine</u>
                            Clerk of the Court

Date: December 30, 2014

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN - 9 2015

CHRISTOPHER A. PRINE
CLERK

SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
JIM SHARP
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District of Texas
### 301 Fannin Street
### Houston, Texas 77002-2066

December 30, 2014

William T. Green III
11 Greenway Plz Ste 2820
Houston, TX 77046-1114
* DELIVERED VIA E-MAIL *

Steven Moody
Ref. 1945374
3295 FM 3514
Beaumont, TX 77705

**RE:**  **Court of Appeals Number:** 01-14-00625-CV
**Trial Court Case Number:** 2014-26991

**Style:** Steven Moody v. Spring Chrysler Dodge, Jeep Ram Dealership

On this date, a notice was issued in the above-referenced cause. You may obtain a copy of the Court's notice at http://www.search.txcourts.gov/CaseSearch.aspx?coa=coa01&s=c.

If you have been required to provide a valid e-mail address to the Court and accept electronic service as outlined in Rule 9.1(a) and 9.4(g) of the Texas Rules of Appellate Procedure, a copy of this Notice of Distribution will be sent to you electronically via email.

For more information about a particular case, please visit the Court's website at http://www.txcourts.gov/1stCOA.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Cheryl Roberts, Deputy Clerk

cc:   Judge 133rd District Court (DELIVERED VIA E-MAIL)
The Honorable Chris Daniel (DELIVERED VIA E-MAIL)



Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON. TEXAS

JAN 9 2015

CHRISTOPHER A. PRINE
CLERK

CASE NO. 01-14-00625-CV
STEVEN MOODY
REF. 1945374

RTS
RTSD

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.48⁰
02 1W
0001372104 DEC. 30 2014.